**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eddie LaReece Pittman, | No. CV-21-02165-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Grand Canyon University, et al., | |
| Defendants. | |

On December 17, 2021, Plaintiff filed the complaint (Doc. 1) and an application to proceed in forma pauperis ("IFP") (Doc. 2). The Court granted the IFP application and, pursuant to 28 U.S.C. § 1915(e)(2), screened the complaint. (Doc. 5.) The Court explained that "[f]ar from being a 'short and plain statement of the claim showing that the pleader is entitled to relief,' Fed. R. Civ. P. 8(a)(2), the complaint involves scattered, rambling statements—blending alleged facts, opinions, and legal conclusions without any cohesion or organizational structure, such that it is impossible to discern what happened." (*Id.* at 2.) The Court dismissed the complaint with leave to amend, specifying that the amended complaint needed to contain "separate and discrete numbered paragraphs" setting forth "simple, concise, and direct" allegations establishing "each specific claim asserted against each Defendant." (*Id.* at 3.) The Court advised Plaintiff that if the amended complaint failed to comply with these instructions, the action was subject to dismissal. (*Id.* at 3-4.)

On December 29, 2021, Plaintiff filed the first amended complaint ("FAC") (Doc.

8) and a "motion asking Court to facilitate having Defendnts [sic] served process" (Doc. 6). The FAC does not contain "separate and discrete numbered paragraphs" setting forth "simple, concise, and direct" allegations establishing "each specific claim asserted against each Defendant." (Doc. 5 at 3.) Rather, the FAC is again a rambling narrative that provides "no way to determine what causes of action are being raised, against which defendants, for what conduct." (*Id.* at 2.)

The Court will therefore dismiss this action without leave to amend for failure to state a claim pursuant to 28 U.S.C. § 1915(e), and under Rule 41(b) for failure to comply with the Court's order and with federal and local rules. See *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992) (affirming dismissal with prejudice where district court had instructed pro se plaintiff regarding deficiencies in prior order dismissing claim with leave to amend); *Ascon Props., Inc. v. Mobil Oil Co*., 866 F.2d 1149, 1160 (9th Cir. 1989) ("The district court's discretion to deny leave to amend is particularly broad where plaintiff has previously amended the complaint.").

Accordingly,

**IT IS ORDERED** that the FAC (Doc. 8) is dismissed without leave to amend. The Clerk of Court shall terminate the action.

**IT IS ORDERED** that Plaintiff's motion for Court-facilitated service (Doc. 6) is denied as moot.

Dated this 4th day of January, 2022.

Dominic W. Lanza
United States District Judge